## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The BMC Liquidating Trust,

                 Plaintiff,                         Civil 07-1433 (PAM)

v.

                                        **ORDER OF DISMISSAL**

Born Information
*n/k/a Fujitsu Consulting Info. Svcs.*

                 Defendant.

_____

Upon the Stipulation between the parties,

**IT IS ORDERED:**

That the above-referenced matter is dismissed with prejudice, and without attorneys'

fees or costs to either party.

Dated: June ____18____ , 2007


                                s/Paul A. Magnuson_____
                                Paul A. Magnuson
                                United States District Court Judge